702 A.2d 346

CERVELLI MANAGEMENT v. M. PEREZ,
MR. RAMRAJU, SANDRA LILA.

October 3, 1997.

## ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.

702 A.2d 346

THEODORE SCOTT THORNTON v. JAMES EDWARD
RANNEY AND ANDREA C. BORJA.

October 17, 1997.

## CORRECTED ORDER

Petition for certification is granted, limited to the issues of residence and visitation pending the accelerated plenary hearing ordered by the Appellate Division; and it is further

ORDERED that pending the plenary hearing, James Edward Ranney and Nicolas Ranney need not remain resident in the State of New Jersey; and it is further

ORDERED that pending the plenary hearing, Theodore Scott Thornton shall not be entitled to visitation with Nicolas Ranney.

Jurisdiction is not retained.